IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DALLAS JEROME PIERCE, #277549, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) CASE NO. 2:15-CV-353-WKW ) [WO] |
| WILLIE THOMAS, Warden of Bibb Correctional Facility, and STEVE MARSHALL, Attorney General of the State of Alabama, | ) ) ) ) ) |
| Respondents. | ) |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge (Doc. # 17) to which no timely objections have been filed. Based upon an independent review of the record, it is ORDERED that the petition for writ of habeas corpus under 28 U.S.C. § 2254 is DENIED and that this action is DISMISSED with prejudice as untimely under 28 U.S.C. § 2244(d).[1]

A separate final judgment will be entered.

DONE this 30th day of May, 2017.

                                            /s/ W. Keith Watkins
                                    CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Steve Marshall, who succeeded Luther Strange as Alabama Attorney General, is automatically substituted for Luther Strange as a defendant by operation of Federal Rule of Civil Procedure 25(d).